**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
John B. Napoleone,

                Petitioner,

    -against-

S2K Financial, LLC,

                Respondent.
-----------------------------------------------------------X

18 **CIVIL** 3124 (DAB)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated December 6, 2019, Napoleone's Petition to Vacate the Arbitration Award is DENIED and S2K's Petition to Confirm the Arbitration Award is GRANTED. Judgment is entered in favor of S2K and against Napoleone in the amount of $100,000.00, with interest to accrue at the annual rate of 9% from April 1, 2017, in the amount of $24,213.70, and post-Judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961.

**Dated**: New York, New York
          December 9, 2019

                                        **RUBY J. KRAJICK**
                                           Clerk of Court

                  BY:

                                           **Deputy Clerk**